UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH GUGLIEMO, on behalf of himself and all
others similarly situated,
                              Plaintiff,

             -against-                                            20 **CIVIL** 610

## **JUDGMENT**

TIGER USA CORPORATION,
                              Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 19, 2020, and pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)(ii), Plaintiff Joseph Gugliemo and Defendant Tiger USA Corp. by and through undersigned counsel, have stipulated that this action and all claims and defenses asserted therein be dismissed with prejudice. Each party shall bear their own attorneys' fees, costs, and disbursements. Judgment is hereby entered.

**Dated:** New York, New York
          November 19, 2020

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                                     BY:
                                                          **Deputy Clerk**